Robert Ahdoot, SBN 172098
rahdoot@ahdootwolfson.com
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: (310) 474-9111
Fax: (310) 474-8585

Greg F. Coleman*
greg@gregcolemanlaw.com
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Daniel K. Bryson*
Dan@wbmllp.com
J. Hunter Bryson*
Hunter@wbmllp.com
WHITFIELD BRYSON & MASON LLP
900 W. Morgan St.
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
* pro hac vice

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN HINDSMAN, DIANA MIRANDA, VANESSA MARYANSKI, RENE MITCHELL, and BRITTANY CHAMBERS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.  3:17-cv-5337-JSC<br><br>**JOINT STIPULATION TO CONTINUE STAY** |

Plaintiffs Ryan Hindsman, Diana Miranda, Vanessa Maryanski, Rene' Mitchell, and Brittany Chambers (collectively, "Plaintiffs"), and Defendant General Motors LLC ("GM"), by and through counsel jointly stipulate to a further stay of this case pending resolution through settlement. In support, the parties would show:

WHEREAS, the Court previously issued an order staying this action until March 5, 2019 and rescheduling the Case Management Conference for March 28, 2019, pending completion of a mediation and related settlement negotiations (Dkt. No. 65);

WHEREAS, this case is one of three related nationwide class actions pending, the others being *Sanchez v. General Motors LLC*, No. 1:18-cv-2536 (N.D. Ill.) (the "Illinois Action"), and *Berman v. General Motors LLC*, No. 2:18-cv-1437 (S.D. Fla.) (the "Florida Action");

WHEREAS, after completing a second mediation session with Hon. Jay Gandhi (Ret.) at the JAMS Resolution Center in Los Angeles on November 7, 2018, the parties reached agreement on all substantive terms of a nationwide class settlement in the Florida Action that will encompass all of the claims, parties and proposed class members in this Action and the Illinois Action. Since that time, the parties have worked together to resolve the language of and details of the Settlement Agreement;

WHEREAS, the parties are finalizing the Settlement Agreement and related documentation that they anticipate executing and presenting for preliminary approval by the Court in the Florida Action within approximately 30 days;

WHEREAS, simultaneous to executing the Settlement Agreement, the parties have agreed to dismiss this Action and the Illinois Action without prejudice; and

WHEREAS, the parties jointly request a 90-day stay extension of the current stay in this action permit completion and execution of the Settlement Agreement;

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant, by and through their undersigned counsel of record, subject to the Court's approval, that the Court may enter its order as follows:

1. The case is stayed until June 5, 2019, pending further order of the Court;

2. The Case Management Conference currently scheduled for March 28, 2019 is removed from the Court's calendar subject to rescheduling by the Court on or after June 27, 2019 or any subsequent date convenient to the Court.

Dated: March 21, 2019

/s/ Robert Ahdoot

AHDOOT & WOLFSON PC

*Attorneys for Plaintiffs*

/s/ Gregory R. Oxford

ISAACS CLOUSE CROSE & OXFORD LLP

*Attorneys for Defendant General Motors LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** the case management conference is continued to July 11, 2019. A joint statement is due by July 3, 2019.

Dated: __March 22__, 2019

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATE MAGISTRATE JUDGE