GREGORY R. OXFORD (SBN 62333)
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone:  (310) 316-1990
Facsimile: (310) 316-1330
goxford@icclawfirm.com

Attorneys for Defendant
General Motors LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HINDSMAN, JAMES ANDREWS, ROBIN PETERSON, DIANA MIRANDA, and VANESSA MARYANSKI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:17-cv-5337-JSC<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br>**[Rule 41(a)(1)(A)(ii)]** |

**IT IS HEREBY STIPULATED**, by and among plaintiffs Ryan Hindsman, James Andrews, Robin Peterson, Diana Miranda, Vanessa Maryanski, Rene Mitchell and Brittany Chambers and defendant General Motors LLC, by and through their undersigned counsel, that the Second Amended Complaint and the action may be and hereby are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED:  April 19, 2019          DANIEL K. BRYSON
                                J. HUNTER BRYSON
                                WHITFIELD BRYSON & MASON LLP

                                GREGORY F. COLEMAN
                                GREG COLEMAN LAW PC

|  |  |
|---|---|
| 1 | AHDOOT & WOLFSON, P. C. |
| 2 | TINA WOLFSON |
|  | ROBERT AHDOO |
| 3 |  |
|  | By: */s/ Gregory F. Coleman* |
| 4 | Attorneys for Plaintiffs |
| 5  DATED:  April 19, 2019 | GREGORY R. OXFORD |
|  | ISAACS CLOUSE CROSE & OXFORD LLP |
| 6 |  |
|  | By: */s/ Gregory R. Oxford* |
| 7 |  Attorneys for Defendant |
|  |  General Motors LLC |